455 A.2d 209

Commonwealth v. Palmer, Appellant.
Petition for Allowance of Appeal
Denied May 18, 1983.

Argued December 9, 1981. Daniel M. Preminger, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

SPAETH, J., filed a memorandum dissenting opinion.

455 A.2d 210

Commonwealth v. Swiggett, Appellant.

Argued May 12, 1982. Randolph W. Vontill, Jr., for appellant; Helen T. Kane, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, MONTEMURO and HOFFMAN, JJ.

Judgment of sentence affirmed.